1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA PLIKH,

        Plaintiff,

  v.

LAURICE EL BADRY, LTD., BOND
NO. 9 PARFUME LEASEHOLD, INC.,
RANDSTAD, INC., and DOES 1
through 20,

        Defendants.
_____/

No. C11-02470 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

    The case management conference is hereby **CONTINUED** to **SEPTEMBER 15, 2011, AT
11:00 A.M.**

    *Please note there will be no further extensions.*

    **IT IS SO ORDERED.**

Dated:  August 26, 2011.

                       _____
                       WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE